WESTMORELAND ASBESTOS COMPANY, INC., HOME INSULATION COMPANY, INC., W. G. KUEHN, INC., and WILLIAM G. KUEHN, Respondents, v. JOHN A. ROEBLING's SONS CO. OF NEW YORK, Appellant. (Appeal No. 1.) — Appeal from so much of an order as denies defendant's motion for severance of the actions of the respective

plaintiffs, and the separate prosecution and trial thereof. In view of our determination granting the motion to dismiss this appeal (*ante*, p. 879), decided herewith, the appeal is dismissed, without costs. Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.